**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

<u>Southern</u>    District of <u>New York</u>
(State)

Case number (*If known*):_____    Chapter <u>11</u>

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. Debtor's name | **Azul Linhas Aéreas Brasileiras S.A.** | |
| 2. All other names debtor used in the last 8 years<br>Include any assumed names, trade names, and *doing business as* names | **None** | |
| 3. Debtor's federal Employer Identification Number (EIN) | **N/A** | |
| 4. Debtor's address | **Principal place of business**<br><br>**No. 939, Avenida Marcos Penteado de Ulhôa Rodrigues**<br>Number    Street<br><br>**8th floor, Edifício Jatobá, Condomínio Castelo Branco Office Park, Bairro Tamboré**<br><br>**Barueri, São Paulo 06460-040 Brazil**<br>City    State    ZIP Code<br><br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>P.O. Box<br><br>City    State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number Street<br><br>City    State    ZIP Code |
| 5. Debtor's website (URL) | **https://www.voeazul.com.br** | |

Company Code: 2

Debtor    Azul Linhas Aéreas Brasileiras S.A.    Case Number *(if known)* _____

**6. Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*
☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
**4811**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:
  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                    MM / DD / YYYY
         District _____ When _____ Case number _____
                                    MM / DD / YYYY

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 2

Debtor    Azul Linhas Aéreas Brasileiras S.A.                                    Case Number *(if known)* _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☒ Yes.    Debtor **See Schedule 1**                         Relationship **Affiliates**
           District **Southern District of NY**              When    Date hereof
                                                                      MM / DD / YYYY
           Case number, if known    _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                           Number    Street
                           _____
                           City                        State ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds (Consolidated)**

*Check one:*
☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors (Consolidated)**

☐ 1-49              ☒ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99             ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

Debtor  Azul Linhas Aéreas Brasileiras S.A.                    Case Number *(if known)* _____

| | | | |
|---|---|---|---|
| **15. Estimated assets** (Consolidated) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** (Consolidated) | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/28/2025
MM / DD / YYYY

✗ /s/ Samuel Aguirre                    **Samuel Aguirre**
Signature of authorized representative of debtor    Printed name

Title  **Chief Restructuring Officer**

**18. Signature of attorney**

✗ /s/ Timothy Graulich                    Date  05/28/2025
Signature of attorney for debtor                    MM / DD / YYYY

**Timothy Graulich**
Printed name
**Davis Polk & Wardwell LLP**
Firm name
**450 Lexington Avenue**
Number    Street
**New York, NY 10017**
City    State    ZIP Code

(212) 450-4639                    timothy.graulich@davispolk.com
Contact phone                    Email address

2661445                    NY
Bar number                    State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **4**

# Schedule 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a petition in the United States Bankruptcy Court for the District of Delaware for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of AZUL S.A.

- Azul S.A.
- Azul Linhas Aéreas Brasileiras S.A.
- IntelAzul S.A.
- ATS Viagens e Turismo Ltda.
- Azul Secured Finance II LLP
- Azul Secured Finance LLP
- Canela Investments LLC
- Azul Investments LLP
- Azul Finance LLC
- Azul Finance 2 LLC
- Blue Sabia LLC
- Azul SOL LLC
- Azul Saira LLC
- Azul Conecta Ltda
- Cruzeiro Participações S.A.
- ATSVP – Viagens Portugal, Unipessoal LDA
- Azul IP Cayman Holdco Ltd.
- Azul IP Cayman Ltd.
- Canela Turbo Three LLC
- Canela 336 LLC Chapter 11

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> **AZUL LINHAS AÉREAS BRASILEIRAS S.A.,** <br><br> Debtor. | Chapter 11 <br><br> Case No. 25-[●] ([●]) |

## CORPORATE OWNERSHIP STATEMENT

Pursuant to rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and to enable the Judges to evaluate possible disqualification or recusal, attached hereto as **Exhibit A** is a corporate structure chart (the "**Corporate Structure Chart**") reflecting the ownership interests of Azul S.A. (the "**Debtor**") and certain of its affiliates (collectively, the "**Debtors**"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases. The Debtors respectfully represent, as of the date hereof, the following:

1. Each Debtor identified on the Corporate Structure Chart, other than Azul S.A., ATS Viagens e Turismo Ltda., Cruzeiro Participações S.A., Azul IP Cayman Holdco Ltd., and Azul IP Cayman Ltd. is owned in its entirety by its direct parent.

2. Azul S.A. is the ultimate parent of each of the Debtors. The following are corporations, other than a governmental unit, that directly or indirectly own 10% or more of any class of the equity interest of Azul S.A.

| Shareholder | Approximate Percentage of Shares |
|---|---|
| TRIP Participações S/A | 33% |

**Exhibit A**

**Corporate Structure Chart**

# Azul – Organizational Chart



**AZUL LINHAS AÉREAS BRASILEIAS S.A.**
CNPJ/MF nº 09.296.295/0001-60
NIRE 35.300.359.534

**ATA DE ASSEMBLEIA GERAL EXTRAORDINÁRIA**
**REALIZADA EM 27 DE MAIO DE 2025**

**1.** **Data, Hora e Local:** Em 27 de maio de 2025, às 19h30, de modo exclusivamente digital, com votos proferidos eletronicamente, os quais foram arquivados na sede da **AZUL LINHAS AÉREAS BRASILEIRAS S.A.** ("Companhia"), localizada na Cidade de Barueri, Estado de São Paulo, na Avenida Marcos Penteado de Ulhôa Rodrigues, nº 939, 9° andar, Edifício Jatobá, Condomínio Castelo Branco Office Park, Tamboré, CEP 06460-040.

**2.** **Convocação e Presença:** Dispensada a convocação, nos termos do art. 124, parágrafo 4º, da Lei nº 6.404, de 15 de dezembro de 1976, tendo em vista a participação remota de acionistas representando a totalidade do capital social da Companhia.

**3.** **Mesa:** Sr. Abhi Manoj Shah - Presidente; Sr. Edson Massuda Sugimoto - Secretário.

**4.** **Ordem do dia:** Discutir, examinar e deliberar sobre as seguintes matérias:

**(i)** Autorização para que a Companhia apresente, em conjunto com sua acionista controladora Azul S.A. ("ASA") e outras entidades de seu grupo econômico, pedido voluntário de submissão ao procedimento de que trata o *Chapter 11* ("Procedimento *Chapter 11*") do *United States Code* ("Bankruptcy Code"), perante o *United States Bankruptcy Court – Southern District of New York*, no Estado de Nova Iorque, Estados Unidos da América ("Tribunal"), bem como quaisquer petições, solicitações, requerimentos, propostas ou documentos que sejam necessários ou desejáveis nos termos da legislação aplicável ao Procedimento *Chapter 11*;

**(ii)** Autorização para a Companhia apresentar quaisquer petições, solicitações, requerimentos, propostas ou documentos semelhantes no Brasil, de modo a reconhecer e autorizar o Procedimento *Chapter 11* no Brasil e autorizar a implementação do Procedimento *Chapter 11* no Brasil, incluindo, mas não se limitando, ao financiamento *debtor-in-possession* ("Financiamento DIP") e a obtenção da devida tutela judicial, extrajudicial ou administrativa adequada à Companhia para fins da reestruturação;

**(iii)** autorização para a celebração de Financiamento DIP nos termos do *Bankruptcy Code* e medidas correlatas;

**(iv)** Instrução ao Diretor Presidente quanto à nomeação de procurador da Companhia mediante a outorga dos poderes apropriados para assinatura de documentos e condução das medidas necessárias durante o Procedimento Chapter 11, nos termos do Artigo 16, do Estatuto Social da Companhia; e

**(v)** Autorização à administração da Companhia para praticar todos os atos necessários à implementação das deliberações descritas nos itens (i) a (iv) da ordem do dia.

**5. Deliberações:** As seguintes matérias foram aprovadas, de forma unânime, sem quaisquer ressalvas, restrições ou reservas:

**Itens (i) e (ii) - Ajuizamento de Pedido de Submissão ao Procedimento *Chapter 11*; Reconhecimento e Implementação do Procedimento *Chapter 11* no Brasil.**

**5.1.** A apresentação, pela Companhia, em conjunto com ASA e outras entidades de seu grupo econômico, conforme deliberado em Reunião do Conselho de Administração da ASA realizada em 27 de maio de 2025, de **(a)** pedido voluntário de submissão ao Procedimento *Chapter 11*, perante o Tribunal, **(b)** quaisquer petições, solicitações, requerimentos ou documentos semelhantes que sejam necessários ou desejáveis nos termos da legislação aplicável ao Procedimento *Chapter 11*; e/ou **(c)** quaisquer petições, solicitações, requerimentos, propostas ou documentos semelhantes que sejam necessários ou desejáveis no Brasil, de modo a **(c.1)** reconhecer o Procedimento *Chapter 11* da Companhia no Brasil, nos termos da Lei nº 11.101/2005, se necessário; **(c.2)** implementar a reestruturação prevista no Procedimento *Chapter 11* no Brasil, incluindo, mas não se limitando, o Financiamento DIP (conforme descrito abaixo); e **(c.3)** obter a devida tutela judicial, extrajudicial ou administrativa no Brasil.

**5.2.** Aprovaram, ainda, que a administração da Companhia e/ou qualquer pessoa autorizada pela administração, agindo isoladamente (as "Pessoas Autorizadas" ou, individualmente, uma "Pessoa Autorizada"), na forma do Artigo 15 do Estatuto Social da Companhia, estejam, nos termos desta deliberação, autorizados e habilitados a celebrar e protocolar, ou fazer com que sejam celebrados e protocolados, todas as petições, anexos, listas, requerimentos, peças processuais e quaisquer outros instrumentos ou documentos necessários, incluindo quaisquer alterações aos documentos mencionados acima, e tomem toda e qualquer ação e realizem todo e qualquer ato adicional que considerem necessário

ou adequado para obter tal resultado, incluindo a negociação de acordos adicionais, modificações, aditamentos, relatórios, documentos, instrumentos, solicitações, notas ou declarações que possam ser exigidos e/ou o pagamento de todas as taxas, impostos e outras despesas conforme qualquer Pessoa Autorizada, a seu exclusivo critério, possa aprovar ou considerar necessário, apropriado ou desejável para a realização e implementação das deliberações objeto desta deliberação e das transações e operações correlatas.

**Item (iii) – Celebração de Financiamento *Debtor-in-Possession* e Medidas Correlatas.**

**5.3.** Na medida aplicável à Companhia, a contratação de Financiamento DIP entre Azul Secured Finance LLP, na qualidade de devedor, os garantidores descritos em tal contrato de financiamento (dentre eles, a Companhia), os credores ou titulares de instrumentos de dívida de tempos em tempos descritos em tal contrato de financiamento ("Credores DIP"), o agente administrativo, agente de garantia e/ou *trustee* descritos em tal contrato de financiamento (em conjunto, o "Agente DIP"), mediante a celebração de determinado contrato de financiamento e qualquer outro instrumento ou documento assessórios (em conjunto, o "Contrato DIP"), sujeito à aprovação na forma provisória e final pelo Tribunal (as "Ordens DIP"), conforme submetidas em nome da Companhia.

**5.4.** Para usar e obter os benefícios do Contrato DIP, a Companhia, através das Pessoas Autorizadas, outorgará certas garantias, garantias reais, encargos e fornecerá proteção adequada perante certas partes (*secured parties*) e os Credores DIP para garantir as obrigações assumidas por Azul Secured Finance LLP e pelos respectivos garantidores no Contrato DIP (as "Obrigações DIP").

**5.5.** Aprovaram que a Companhia, na qualidade de garantidora do Contrato DIP, esteja autorizada a sujeitar-se às obrigações para cumprimento dos critérios de proteção adequada (*adequate protection*) e às Obrigações DIP, nos termos do *Bankruptcy Code*, bem como assuma as obrigações e realize toda e qualquer transação relacionada ou em termos similares aos contemplados no Contrato DIP, incluindo a outorga de garantias reais em relação a seus ativos visando garantir (*secure*) tais obrigações.

**5.6.** Aprovaram a forma, os termos e as disposições do Contrato DIP, das Ordens DIP e de cada um dos instrumentos relacionados ao Financiamento DIP, incluindo garantias e quaisquer outros contratos, documentos, instrumentos, certidões, petições, declarações, solicitações e outros relacionados ao Contrato DIP dos quais a Companhia é ou será parte (em conjunto com o Contrato DIP e as Ordens DIP, os "Documentos DIP"), conforme autorizado pelas Pessoas Autorizadas que assinarem os Documentos DIP. Ainda, ficou aprovado que cada uma das Pessoas Autorizadas, agindo isoladamente ou com uma ou mais Pessoas Autorizadas, nos termos aqui previstos, esteja autorizada, orientada e com poderes para

- 3 -



assinar e negociar os Documentos DIP ou outros instrumentos conforme venham a ser razoavelmente solicitados pelo Agente DIP ou pelos Credores DIP, em nome e por conta da Companhia.

**5.7.** Aprovaram, ainda, que cada uma das Pessoas Autorizadas esteja autorizada e com poderes para, em nome e por conta da Companhia, apresentar ou autorizar o Agente DIP a apresentar quaisquer declarações de financiamento (*financing statements*) do *U.S. Uniform Commercial Code* ("UCC"), quaisquer outros arquivamentos equivalentes, quaisquer arquivamentos relacionados a propriedade intelectual, quaisquer registros ou anotações, quaisquer cessões para constituição de garantias reais ou outros documentos em nome da Companhia que o Agente DIP considere necessários ou apropriados para a formalização de qualquer garantia constituída nos termos dos Documentos DIP, incluindo qualquer declaração de financiamento do UCC que contenha uma descrição genérica de garantias, bem como para executar, entregar, registar ou autorizar o registo de hipotecas e instrumentos fiduciários em relação aos ativos imobilizados da Companhia, em cada caso conforme o Agente DIP venha a razoavelmente solicitar.

**Item (iv) - Instrução ao Diretor Presidente quanto à nomeação de procurador da Companhia mediante a outorga dos poderes apropriados para assinatura de documentos e condução das medidas necessárias durante o Procedimento *Chapter 11*, nos termos do Artigo 16, do Estatuto Social da Companhia.**

**5.8.** Nos termos do Artigo 16, do Estatuto Social da Companhia, instruir o Diretor Presidente da Companhia a outorgar, em nome da Companhia, procuração ao Sr. **Samuel Aguirre**, canadense, contador, inscrito no CPF/MF sob nº 235.531.988-00, com endereço comercial na Cidade de São Paulo, Estado de São Paulo, na Avenida Presidente Juscelino Kubitschek, nº 1327, 3º andar, Edifício International Plaza II, São Paulo, CEP 04543-011, de modo que sejam a ele concedidos poderes para assinatura e negociação de documentos no âmbito do Procedimento *Chapter 11* da Companhia, sob a supervisão do Conselho de Administração e do Comitê Independente Especial de sua sócia indireta ASA (o "Representante de Reestruturação").

**5.9.** Para os fins do Procedimento *Chapter 11*, e no âmbito da prática dos atos pelo Representante de Reestruturação, conforme procuração a ser a ele outorgada, o Representante de Reestruturação terá a ele atribuído o título de *Chief Restructuring Officer*, de modo que poderá assinar documentos e atos, em nome da Companhia, com tal atribuição.

- 4 -

**Item (v) – Autorização à administração da Companhia para praticar todos os atos necessários à implementação das deliberações descritas nos itens (i) a (iv) da ordem do dia.**

**5.10.** Autorização para que as Pessoas Autorizadas da Companhia possuam os devidos poderes para, em nome da Companhia:

**(a)** implementar e conduzir o Procedimento *Chapter 11* da forma que, em seu respectivo julgamento negocial (*business judgment*), seja suscetível de maximizar a recuperação para as partes interessadas (*stakeholders*) da Companhia e minimizar as obrigações incorridas pela Companhia;

**(b)** fazer com que a Companhia celebre, entregue, certifique, arquive, registre e cumpra as obrigações dos acordos, instrumentos, petições, declarações, pedidos de aprovação ou decisões de autoridades governamentais ou reguladoras, certificados ou outros documentos, bem como adotar outras medidas que, no julgamento de tal Pessoa Autorizada, sejam ou se tornem necessárias, adequadas e desejáveis para a conclusão do Procedimento *Chapter 11* de forma satisfatória, incluindo, mas sem limitação, a implementação das matérias aprovadas anteriormente e das transações contempladas nas referidas matérias; e

**(c)** alterar, complementar ou de outra forma modificar, de tempos em tempos e conforme necessário à luz da reestruturação, os termos de quaisquer documentos, certificados, instrumentos, acordos ou outras inscrições referidas nas demais matérias aprovadas acima.

**5.11.** Por fim, ratificaram sob todos os aspectos, todos os atos, ações e transações relacionadas aos assuntos previstos nas deliberações acima, praticados em nome e/ou por conta da Companhia, desde que estejam em conformidade com os termos das aprovações acima, caso tais atos tenham sido praticados anteriormente à presente data.

**6. Encerramento; Lavratura e Leitura da Ata:** Nada mais havendo a ser tratado e inexistindo qualquer outra manifestação, foram os trabalhos suspensos pelo tempo necessário à lavratura de presente ata, que, lida e achada conforme, foi por todos assinada. Mesa: Sr. Abhi Manoj Shah - Presidente; Sr. Edson Massuda Sugimoto - Secretário. Acionistas Presentes: (i) Azul S.A.; e (ii) David Gary Neeleman.

*Certifico que a presente é cópia fiel da ata lavrada em livro próprio.*

Barueri, SP, 27 de maio de 2025.

**Mesa:**

DocuSigned by:
*Abhi Manoj Shah*
—————54C9B5E3D61C400...—————

**Abhi Manoj Shah**
Presidente

Assinado por:
*Edson Massuda Sugimoto*
—————CDBBA91E251B4A8...—————

**Edson Massuda Sugimoto**
Secretário

- 6 -

**Fill in this information to identify the case:**

Debtor name: __Azul S.A., et al.__

United States Bankruptcy Court for the: __Southern District of New York__ (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | **UMB Bank, N.A.**<br>5910 N Central Expwy, Suite 1900<br>Dallas, TX 75206 | Attn: Israel Lugo<br>P: +1 (214) 389-5947<br>F: +1 (214) 336-0526<br>israel.lugo@umb.com | Bonds | U | $2,595,346,951 | $2,240,520,117 | **$354,826,834** |
| 2 | **Comando Da Aeronautica**<br>Avenida General Justo, 160<br>Predio E 009<br>Rio de Janeiro, RJ 20021-130<br>Brasil | Attn: President Or General Counsel<br>P: +55 (11) 5098-2000<br>F: +55 (21) 2101-4900 | Trade Debt | U | | | **$189,887,069** |
| 3 | **GE Engine Services Distribution LLC**<br>1 Neumann Way, Room 111<br>Customer Product Support<br>Cincinnati, OH 45215 | Attn: Laís Antunes<br>P: +55 (11) 95078-1524<br>lais.antunes@geaerospace.com | Trade Debt | C/U | | | **$141,717,246** |
| 4 | **Raizen S.A.**<br>Av Afonso Arinos De Melo Franco 222, Blc 2 Sal 321<br>Rio de Janeiro, RJ 22640-100<br>Brasil | Attn: Frederico Suano Pacheco De Araujo<br>P: +55 0300 777 5656<br>shellaviation@raizen.com | Trade Debt | U | | | **$72,054,935** |
| 5 | **Citibank, N.A.**<br>Av. Paulista, 1111<br>São Paulo, SP 01311-920<br>Brasil | Attn: Geny Zhao<br>P: +55 (11) 4009-0069<br>geny.zhao@citi.com | Line of Credit | U | | | **$60,338,789** |
| 6 | **Wilmington Trust SP Services (Dublin) Limited**<br>3 St. George's Dock, 4th Floor<br>Dublin, D01 X5X0<br>Ireland | Attn: Aercap C/O Breeda Cunningham<br>P: +353 1 612 5555<br>aercap@wilmingtontrust.com | Aircraft Notes | U | | | **$38,824,255** |
| 7 | **Air BP Brasil Ltda.**<br>Avenida Das Nacoes Unidas, 12399<br>Andar 4 Sala43 E 44 Parte Lado a<br>Sao Paulo, SP 04578-000<br>Brasil | Attn: Juliana Lamberth (Account Manager)<br>P: +55 (11) 93308-0693<br>juliana.lamberth@bp.com | Trade Debt | U | | | **$36,276,447** |
| 8 | **ATR Americas Inc**<br>1715 Nw 84th Ave<br>Doral, FL 33126 | Attn: Christopher Jones<br>P: +1 (571) 203-6900<br>christopher.jones@atr-aircraft.com | Trade Debt | C/U | | | **$32,750,931** |

Debtor  **Azul S.A., et al.**    Case number (*if known*) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | **Ministerio Da Fazenda**  Esplanada Dos Ministerios Bloco P 5.andar  Brasilia, DF 70048-900  Brasil | Attn: President Or General Counsel  P: +55 (21) 2334-4300  gabinete.ministro@fazenda.gov.br | Taxes | C/U/D | | | $22,947,031 |
| 10 | **GE Celma Ltda.**  Rua Luiz Winter, 381, #393  Petropolis, RJ 25665-431  Brasil | Attn: Ricardo Amaro  P: + 55 (24) 98136 1942  ricardo.amaro@geaerospace.com | Trade Debt | C/U | | | $21,690,792 |
| 11 | **CFM International Inc**  1 Neumann Way  Cincinnati, OH 45215 | Attn: Armand Luzi  P: +1 (513) 552-3272  armand.luzi@ge.com | Trade Debt | C/U | | | $19,731,683 |
| 12 | **Embraer Aircraft Customer Services**  276 Sw 34th St  Fort Lauderdale, FL 33315 | Attn: President Or General Counsel  P: +1 (954) 359-3700 | Trade Debt | | | | $18,990,362 |
| 13 | **RRPF Engine Leasing Limited**  1 Brewer's Green  London, SW1H 0RH  United Kingdom | Attn: Bobby Janagan  P: +44(0)7966 878224  bobby.janagan@rolls-royce.com | Engine Financing | C/U | | | $17,348,780 |
| 14 | **Embraer S.A.**  Rod. Floriano Rodrigues Pinheiro 333, Galpao F 41  Taubate, SP 12045-000  Brasil | Attn: Denis Esteves  P: +55 (12) 98157-0609  denis.esteves@embraer.com.br | Trade Debt | | | | $17,313,221 |
| 15 | **PK AirFinance S.a.r.l.**  1370 Avenue of the Americas  32nd Floor  New York, NY 10019 | Attn: Guillaume Degemard  gdegemard@apollo.com | Engine Financing | C/U | | | $14,838,171 |
| 16 | **NAC Aviation 17 Limited**  Bedford Place - Henry St, 5th Floor  Limerick, V94 K6YY  United Kingdom | Attn: President Or General Counsel  P: +353 61 432 400 | Promissory Notes | U | | | $13,875,189 |
| 17 | **Navitaire Inc**  333 S Seventh St, Suite 1700  Minneapolis, MN 55402 | Attn: Grody Evans  P: +1 (612) 317-7000  gordy.evans@navitaire.com | Trade Debt | C | | | $11,760,679 |
| 18 | **Wells Fargo Bank Northwest, N.A.**  260 N Charles Lindbergh Dr  Salt Lake City, UT 84116 | Attn: Val Orton  P: +1 (801) 246-5053  val.t.orton@wellsfargo.com | Equipment Leasing | C/U | | | $11,325,838 |
| 19 | **Sky High L Leasing Company Limi**  2 Grand Canal Sq  Dublin, D02 A342  Ireland | Attn: Icbc Aviation Leasing  C/O Catherine Kearns  P: +353 01 874-3050  ckearns@skyleasing.com | Trade Debt | C/U | | | $9,282,055 |
| 20 | **Bank of Utah**  200 E South Temple, Suite 210  Salt Lake City, UT 84111 | Attn: President Or General Counsel  P: +1 801 924-3690  aercap@bankofutah.com | Trade Debt | C/U | | | $7,347,921 |

Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 30 Largest Unsecured Claims    page 2

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | **Mapfre Seguros Gerais S.A.**<br>Avenida Das Nacoes Unidas, 14261<br>Andar 17 Ao 21 Ala a<br>Sao Paulo, SP 04794-000<br>Brasil | Attn: President Or General Counsel<br>P: +55 0800 775 4545 | Trade Debt | C/U | | | $6,838,103 |
| 22 | **Wilmington Trust Company**<br>1100 N Market St<br>Wilmington, DE 19890 | Attn: Azorra C/O Adam Vogelsong<br>P: +1 (302) 651-1000<br>avogelsong@wilmingtontrust.com | Trade Debt | C/U | | | $6,312,122 |
| 23 | **Sky High Leasing Company Limited**<br>2 Grand Canal Square<br>Grand Canal Harbour<br>Dublin, D02 A342<br>Ireland | Attn: Catherine Kearns<br>P: +353 01 874-3050<br>ckearns@skyleasing.com | Aircraft Notes | C/U | | | $6,041,768 |
| 24 | **Pratt E Whitney Engine Leasing LLC**<br>400 Main St<br>Hartford, CT 06118-3811 | Attn: General Manager<br>gppwengineleasing@prattwhitney.com | Trade Debt | C | | | $5,946,643 |
| 25 | **ATR Avions De Transport Regional**<br>1 Allee Pierre Nadot<br>Blagnac, Occitania 31700<br>France | Attn: Rahul Domergue<br>P: +33 (0)5 62 61 21<br>rahul.domergue@atr-aircraft.com | Trade Debt | | | | $5,328,366 |
| 26 | **Rolls Royce PLC Engine Overhaul Services**<br>Wilmore Rd, Gate 9<br>Derby, Leicestershire DE24 8DX<br>United Kingdom | Attn: Julio Grande<br>P: +55 (11) 99604-0759<br>julio.grande@rolls-royce.com | Trade Debt | | | | $5,327,151 |
| 27 | **SFV Aircraft Holdings IRE 12 DAC**<br>32 Molesworth St<br>Dublin, D02 Y512<br>Ireland | Attn: Catherine Kearns<br>P: +353 01 874-3050<br>ckearns@skyleasing.com | Trade Debt | C/U | | | $4,760,655 |
| 28 | **Airbus Americas CUST Serv Inc**<br>21780 Filigree Court<br>Ashburn, VA 20147 | Attn: President Or General Counsel<br>P: +1 (703) 724-1836 | Trade Debt | | | | $4,461,015 |
| 29 | **SFV Aircraft Holdings IRE 11 DAC**<br>32 Molesworth St<br>Dublin, D02 Y512<br>Ireland | Attn: Catherine Kearns<br>P: +353 01 874-3050<br>ckearns@skyleasing.com | Trade Debt | C/U | | | $4,174,861 |
| 30 | **Panasonic Avionics Corporation**<br>3347 Michelson Dr, Suite 100<br>Irvine, CA 92612 | Attn: Raphael Marinho<br>P: +1 (949) 672-2000<br>raphael.marinho@panasonic.aero | Trade Debt | C/U | | | $3,530,597 |

**Fill in this information to identify the case and this filing:**

Debtor Name  Azul Linhas Aéreas Brasileiras S.A.

United States Bankruptcy Court for the: Southern    District of New York
                                                                    (State)

Case number (*If known*): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/28/2025      ✗  /s/ Samuel Aguirre
           MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                    Samuel Aguirre
                                    Printed name

                                    Chief Restructuring Officer
                                    Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**